STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-7234
    Nicholas.Parker3@usdoj.gov

Attorneys for United States of America

FILED
Feb 16 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:22-cr-00028 SI (LB) |
|---|---|
| Plaintiff, | ) |
| v. | ) **[PROPOSED] DETENTION ORDER** |
| JAMES EARL TALLEY, | ) |
| Defendant. | ) |

On January 27, 2022, defendant James Earl Talley was charged by Indictment with being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

This matter came before the Court on February 15, 2022, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Daniel Blank. Assistant United States Attorney Nicholas M. Parker appeared for the government. The government moved for detention on the basis of danger to the community and risk of flight, and the defendant waived his right to seek release, without prejudice to his right to seek review of his detention at a later date.

For the reasons stated on the record in open court, the Court orders the defendant detained pending trial in this matter.

The present order serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  This finding is made without prejudice to the defendant's right to seek review of his detention, subject to the requirements of 18 U.S.C. § 3142(f).

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  February 16, 2022

_____
HON. LAUREL BEELER
United States Magistrate Judge